MARY J. MURPHY, A. MARGARET MURPHY, HUGH C. MURPHY and DANIEL MURPHY, Partners, Doing Business under the Name and Style of " MURPHY's DUCK FARM " at Eastport, N. Y., Respondents, Appellants, v. DAVID FEINBERG, Appellant, Respondent.— Action for goods sold and delivered. Order of the County Court of Suffolk County denying plaintiffs' motion for summary judgment

against the defendant, and defendant's cross-motion for summary judgment against the plaintiffs affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.